UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 23-673 MWF (PVCx)**　　　　　　　　　　　　　Date:  May 25, 2023

Title  **Clifton Walker ~v~ H and K Real Estate Investments, et al.**

---

Present: The Honorable:  **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**　　**COURT ORDER**

In light of the Default by Clerk [16] filed May 25, 2023, the Court sets a hearing on **Order to Show Cause Re Default Judgment** for **JUNE 26, 2023** at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this date, the hearing on the Order to Show Cause will be discharged, and no appearance will be necessary.

Any Motion for Default Judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  RS/sjm